UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYON JONES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>J. MCGUIRE,<br><br>　　　　　Defendant. | No.  2:26-cv-0092 CSK P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se.  On February 23, 2026, the district court denied plaintiff's motion for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915, and directed plaintiff to pay the court's filing fee in full to proceed any further with this action in light of his status a three-strikes litigant within the meaning of 28 U.S.C. § 1915(g).  (ECF No. 7.) Plaintiff is granted fourteen days to pay the court's filing fee in full.  Plaintiff is cautioned that failure to comply with this order will result in a recommendation that this action be dismissed.

In accordance with the above, IT IS HEREBY ORDERED that plaintiff shall pay the court's filing fee within fourteen days from the date of this order.

Dated:  March 5, 2026

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/jone0092.pf

1