UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYON JONES, | No.  2:26-cv-0092 WBS CSK P |
| Plaintiff, | |
| v. | FINDINGS AND RECOMMENDATIONS |
| J. MCGUIRE, | |
| Defendant. | |

Plaintiff is a state prisoner proceeding without counsel.  By an order filed March 5, 2026, plaintiff was ordered to pay, within fourteen days, the appropriate filing fee, and was cautioned that failure to do so would result in a recommendation that this action be dismissed.  That time period has now expired, and plaintiff has not paid the court's filing fee, or otherwise responded to the Court's order.

In accordance with the above, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified

1

time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated:  April 9, 2026

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/jone0092.fpf

2